**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 26-cv-01730-RMR

YOHANDER SANTIAGO OCANTO,

      Petitioner,

v.

KELEI WALKER, Field Office Director of Enforcement and Removal Operations, Denver Field Office, Immigration and Customs Enforcement,
MARKWAYNE MULLIN, Secretary, U.S. Department of Homeland Security,
TODD BLANCHE, Acting U.S. Attorney General,
 EXECUTIVE OFFICE FOR IMMIGRATION REVIEW, and
DAWN CEJA, Warden of Aurora ICE Processing Center,

      Respondents.

---

**FINAL JUDGMENT**

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to and in accordance with the Orders of United States District Judge Regina M. Rodriguez entered on May 15, 2026 [ECF No. 13] and June 26, 2026 [ECF No. 21], it is

ORDERED that the Amended Petition for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 [ECF No. 17] is DENIED. It is

FURTHER ORDERED that Respondents' Motion for Expedited Entry of Final Judgment [ECF No. 14] is GRANTED. It is

FURTHER ORDERED that this case is closed.

Dated at Denver, Colorado this 26th day of June, 2026.

FOR THE COURT:

JEFFREY P. COLWELL, CLERK

By: s/K. Myhaver

Kally Myhaver, Deputy Clerk